Larry WINDEKNECHT, Appellant,

v.

STATE of Missouri, Respondent.

No. 71384.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 18, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 8, 1998.

Application for Transfer Denied
Feb. 24, 1998.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRAHAN, C.J., and CRANE, J. and CHARLES B. BLACKMAR, Senior Appellate Judge.

PER CURIAM.

*ORDER*

Defendant appeals from the denial of his Rule 24.035 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).